NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HARRY LEE BUTLER, )
)
      Appellant, )
)
v. )      Case No. 2D18-4825
)
STATE OF FLORIDA, )
)
      Appellee. )
_____)

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Frank Quesada,
Judge.

PER CURIAM.

      Affirmed.  See Adaway v. State, 902 So. 2d 746 (Fla. 2005); Lightbourne

v. State, 438 So. 2d 380 (Fla. 1983); Phillips v. State, 807 So. 2d 713 (Fla. 2d DCA

2002); Gonzalez v. State, 50 So. 3d 633 (Fla. 1st DCA 2010).


KHOUZAM, C.J., and SLEET and BADALAMENTI, JJ., Concur.